UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DORIS J. SILVERS, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CV-215 DRL-JPK |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge Joshua P. Kolar filed on July 28, 2020 (ECF 20). The Magistrate Judge recommended that this court reverse and remand the decision of the Commissioner of the Social Security Administration in Doris Silvers' case because the ALJ did not properly consider the statements of Ms. Silvers' son. ECF 20 at 18. The court advised the Commissioner that he had fourteen days to file any objections, and that date has now passed. The Commissioner has not objected to the Magistrate Judge's findings and recommendation, so the court now ADOPTS the findings and recommendation in their entirety (ECF 20).

Accordingly, the court REMANDS the ALJ's decision for further consideration and advises the ALJ to consider the statements of Ms. Silvers' son and fully articulate whether his statements are consistent with the record.

SO ORDERED.

August 24, 2020                                  *s/ Damon R. Leichty*
                                                 Judge, United States District Court